FILED
March 11, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

# CHRISTOPHER P. MORGAN, ATTORNEY-AT-LAW

3009 N. IH 35
Austin, Texas 78722

Phone (512)472-9717 /          chrismorganlaw@cs.com          / Fax (512)472-9798

March 11, 2015

To the Justices of The
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

> **re: Court of Appeals Cause nos. 03-13-00490-CR through 03-13-00493-CR;**
> **03-13-00495-CR;**
> **Gerald Christopher Zuliani v. The State of Texas**

Your Honors:

Please allow me this letter for citations on additional cases cited in Appellant's oral argument:

> Aekins v. State, PD-1712-13(Tex.Crim.App., October 22, 2014)
> Alleyne v. United States, __ U.S. ___, 133 S.Ct. 2151(June 17, 2013)
> Johnson v. State. 364 S.W.3d 292, 297-98(Tex.Crim.App.2012)
> Richardson v. State, 981 S.W.2d 453, 455(Tex.App.-El Paso1998) pet. ref'd
> Weinns v. State, 326 S.W.3d 189(Tex.Crim.App.2010)

Sincerely,

/s/ Christopher P. Morgan

Christopher P. Morgan
SB#14435325

cc: Office of the Travis County District Attorney, Mr. M. Scott Taliaferro, by hand.